**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                 Case Number:

THERESA THOMPSON
            v.
LONG TERM DISABILITY PLAN FOR EMPLOYEES OF
MOLEX INC., CIGNA GROUP INSURANCE, and LIFE
INSURANCE COMPANY OF AMERICA

**08 C 439**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Theresa Thompson, Plaintiff

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

| | |
|---|---|
| NAME (Type or print) | |
| David A. Bryant | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ David A. Bryant | |
| FIRM | |
| Daley, DeBofsky & Bryant | |
| STREET ADDRESS | |
| 55 W Monroe St Ste 2440 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06230803 | (312) 372-5200 x4879 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐