AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THERESA THOMPSON,

| | |
|---|---|
| CASE NUMBER: | 08 C 439 |
| ASSIGNED JUDGE: | Castillo |
| DESIGNATED MAGISTRATE JUDGE: | Brown |

V.

LONG TERM DISABILITY PLAN FOR EMPLOYEES
OF MOLEX, INC., CIGNA GROUP INSURANCE and
LIFE INSURANCE COMPANY OF NORTH AMERICA.

TO: (Name and address of Defendant)

LONG TERM DISABILITY PLAN FOR EMPLOYEES OF MOLEX, INC.
MOLEX INCORPORATED
c/o C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Bryant
Daley, DeBofsky & Bryant
55 W Monroe St Ste 2440
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK

JAN 2 2 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/24/08 |
| NAME OF SERVER (PRINT) Kalinda Piper | TITLE Office Clerk |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Molex Incorporated c/o CT Corporation System 208 S LaSalle St. Ste 814 Chicago, IL 60604

☐ Left copies thereof at the defendant's dwelling h discretion then residing therein.

Name of person with whom the summons and cor

☐ Returned unexecuted:

Felicia Randle
Process Specialist
CT

● CT
a Wolters Kluwer business

208 S. LaSalle Street
Chicago, IL 60604
312 345 4336 tel ext 2305
312 345 4343 fax
866 620 2899 toll free
felicia.randle@wolterskluwer.com

www.ctlegalsolutions.com

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/24/08
        Date

_____
Signature of Server

55 W. Monroe St Ste 2440 Chicago, IL 60603
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.