**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **THERESA THOMPSON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 08 C 439 |
| | ) | |
| **LONG TERM DISABILITY PLAN** | ) | **JUDGE CASTILLO** |
| **FOR EMPLOYEES OF MOLEX, INC.,** | ) | |
| **CIGNA GROUP INSURANCE and** | ) | **MAGISTRATE BROWN** |
| **LIFE INSURANCE COMPANY OF** | ) | |
| **NORTH AMERICA,** | ) | |
| | ) | |
| Defendants. | ) | |

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**LIFE INSURANCE COMPANY OF NORTH AMERICA**

| |
|---|
| SIGNATURE: /s/ Peter E. Pederson |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6270416 | 312-704-3000 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ ||