### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **THERESA THOMPSON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 08 C 439 |
| | ) | |
| **LONG TERM DISABILITY PLAN** | ) | JUDGE CASTILLO |
| **FOR EMPLOYEES OF MOLEX, INC.,** | ) | |
| **CIGNA GROUP INSURANCE and** | ) | MAGISTRATE BROWN |
| **LIFE INSURANCE COMPANY OF** | ) | |
| **NORTH AMERICA,** | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME

Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), by its attorneys, Daniel K. Ryan and Peter E. Pederson, moves for a 28 day extension of time, up to March 11, 2008, in which to answer plaintiff's complaint, stating as follows:

1. On January 23, 2008, plaintiff served LINA with process through the Division of Insurance of the Illinois Department of Financial and Professional Regulation. On February 5, 2008, LINA received the complaint and summons from the Department, making LINA's responsive pleading due February 25, 2008 under the Illinois Insurance Code. This motion is timely.

2. LINA respectfully seeks a 28 day extension to file its response to the complaint. The time is necessary for undersigned counsel to obtain the administrative record regarding plaintiff's claim, which is maintained out-of-state, and prepare an appropriate responsive pleading based upon their analysis of the record.

WHEREFORE, LIFE INSURANCE COMPANY OF NORTH AMERICA respectfully requests that this Honorable Court grant it a 28 day extension of time, up to March 11, 2008, in which to answer or otherwise plead to plaintiff's complaint.

| | |
|---|---|
| Daniel K. Ryan<br>Peter E. Pederson<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois  60601<br>(312) 704-3000<br>**Fax:**  (312) 704-3001<br>dryan@hinshawlaw.com<br>ppederson@hinshawlaw.com | Respectfully submitted:<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>By:  /s/ Peter E. Pederson<br>One of its Attorneys |

## CERTIFICATE OF SERVICE

I, Daniel K. Ryan the undersigned attorney, certify that on February 12, 2008 I served this MOTION FOR EXTENSION OF TIME by filing it with the Court's CM/ECF system, which will make copies of the documents available to all counsel of record:

/s/ Peter E. Pederson

## Service List

David A. Bryant
Daley, DeBofsky & Bryant
55 W. Monroe Street
Suite 2440
Chicago, Illinois  60603
dabryant@ddbchicago.com

6280640v1 7048395