IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THERESA THOMPSON         ) | |
|                                ) | |
| **Plaintiff,**                     ) | |
|                                ) | |
| v.                                       ) | NO: 08 C 439 |
|                                ) | |
| LONG TERM DISABILITY PLAN  ) | JUDGE CASTILLO |
| FOR EMPLOYEES OF MOLEX, INC.,  ) | |
| CIGNA GROUP INSURANCE and  ) | MAGISTRATE BROWN |
| LIFE INSURANCE COMPANY OF  ) | |
| NORTH AMERICA,                  ) | |
|                                ) | |
| **Defendants.**                  ) | |

## NOTICE OF MOTION

TO:    David A. Bryant, Daley, DeBofsky & Bryant, 55 W. Monroe Street, Suite 2440, Chicago, Illinois 60603

     PLEASE TAKE NOTICE that, on February 19, 2008, at 9:45 a.m., we will appear before the Honorable Judge Ruben Castillo, or any judge sitting in his stead, in courtroom 2141 of the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 and then and there present **Motion for Extension of Time.**

| | |
|---|---|
| Daniel K. Ryan | LIFE INSURANCE COMPANY OF NORTH AMERICA |
| Peter E. Pederson | |
| HINSHAW & CULBERTSON | |
| 222 N. LaSalle Street | By:  s/ Daniel K. Ryan |
| Suite 300 |         One of Their attorneys |
| Chicago, Illinois 60601 | |
| 312-704-3000 | |
| Fax: 312-704-3001 | |

## CERTIFICATE OF SERVICE

     I, the undersigned attorney, certify that on February 12, 2008, I e-filed this notice using the Court's CM/ECF filing system, which will make a copy available to counsel of record identified above.

                                                                 s/ Daniel K. Ryan

6280665v1 7048395