**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THERESA THOMPSON** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
| v. | ) | NO:  08 C 439 |
| | ) | |
| **LONG TERM DISABILITY PLAN** | ) | **JUDGE CASTILLO** |
| **FOR EMPLOYEES OF MOLEX, INC.,** | ) | |
| **CIGNA GROUP INSURANCE and** | ) | **MAGISTRATE BROWN** |
| **LIFE INSURANCE COMPANY OF** | ) | |
| **NORTH AMERICA,** | ) | |
| | ) | |
|    **Defendants.** | ) | |

## MOTION FOR EXTENSION OF TIME

Defendant, LONG TERM DISABILITY PLAN FOR EMPLOYEES OF MOLEX, INC. ("Plan"), by its attorneys, Daniel K. Ryan and Peter E. Pederson, moves for a 28 day extension of time, up to March 11, 2008, in which to answer plaintiff's complaint, stating as follows:

   1.    The Plan's responsive pleading to the complaint is due on February 13, 2008.  On February 12, 2008, the undersigned counsel were retained to represent the Plan's interests.  The Plan joins in LINA's previously filed motion for a 28-day extension, up to March 11, 2008, in which to answer or other plead to the plaintiff's complaint.

WHEREFORE, LONG TERM DISABILITY PLAN FOR EMPLOYEES OF MOLEX, INC. respectfully requests that this Honorable Court grant it a 28 day extension of time, up to March 11, 2008, in which to answer or otherwise plead to plaintiff's complaint.

| | |
|---|---|
| Daniel K. Ryan<br>Peter E. Pederson<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois  60601<br>(312) 704-3000<br>**Fax:**  (312) 704-3001<br>dryan@hinshawlaw.com<br>ppederson@hinshawlaw.com | Respectfully submitted:<br><br>LONG TERM DISABILITY PLAN FOR EMPLOYEES OF MOLEX, INC.<br><br>By:  /s/ Peter E. Pederson<br>One of its Attorneys |

### CERTIFICATE OF SERVICE

I, Daniel K. Ryan the undersigned attorney, certify that on February 12, 2008 I served this MOTION FOR EXTENSION OF TIME by filing it with the Court's CM/ECF system, which will make copies of the documents available to all counsel of record:

/s/ Peter E. Pederson

### Service List

David A. Bryant
Daley, DeBofsky & Bryant
55 W. Monroe Street
Suite 2440
Chicago, Illinois  60603
dabryant@ddbchicago.com

2

6280640v2 7048395