# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **THERESA THOMPSON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO:  08 C 439** |
| | ) | |
| **LONG TERM DISABILITY PLAN** | ) | **JUDGE CASTILLO** |
| **FOR EMPLOYEES OF MOLEX, INC.,** | ) | |
| **CIGNA GROUP INSURANCE and** | ) | **MAGISTRATE BROWN** |
| **LIFE INSURANCE COMPANY OF** | ) | |
| **NORTH AMERICA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

**TO:**   **David A. Bryant, Daley, DeBofsky & Bryant, 55 W. Monroe Street, Suite 2440, Chicago, Illinois  60603**

PLEASE TAKE NOTICE that, on February 19, 2008, at 9:45 a.m., we will appear before the Honorable Judge Ruben Castillo, or any judge sitting in his stead, in courtroom 2141 of the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 and then and there present **Motion for Extension of Time.**

Daniel K. Ryan
Peter E. Pederson
HINSHAW & CULBERTSON
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000
Fax: 312-704-3001

LONG  TERM  DISABILITY  PLAN  FOR EMPLOYEES OF MOLEX, INC.

By:   s/ Peter E. Pederson
One of Their attorneys

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on February 12, 2008, I e-filed this notice using the Court's CM/ECF filing system, which will make a copy available to counsel of record identified above.

s/ Peter E. Pederson