# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Theresa Thompson

                                    Plaintiff,

v.                                                      Case No.: 1:08−cv−00439

                                                          Honorable Ruben Castillo

Long Term Disability Plan for Employees of Molex Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

      MINUTE entry before Judge Ruben Castillo :Defendant Life Insurance Company of North America's motion for extension of time to answer [11] and Defendant Long Term Disability Plan for Employees of Molex, Inc.'s motion for extension of time to answer [15] are granted. All defendants to answer or otherwise plead to the complaint on or before 3/11/2008. Parties to file a joint status report on or before 3/14/2008. The Court will hold a status hearing in open court on 3/19/2008 at 9:00 AM. Motion hearing set for 2/19/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.