## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Theresa Thompson
                              Plaintiff,

v.                                      Case No.: 1:08−cv−00439

                                    Honorable Ruben Castillo

Long Term Disability Plan for Employees of Molex Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

    MINUTE entry before Judge Honorable Ruben Castillo:Status hearing held on 3/19/2008 and continued to 4/29/2008 at 9:45 AM. All parties are to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) by 4/4/2008. All discovery to be completed on or before 5/30/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.