UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Theresa Thompson

                                 Plaintiff,

v.                                          Case No.: 1:08−cv−00439

                                                  Honorable Ruben Castillo

Long Term Disability Plan for Employees of Molex Inc., et al.

                                 Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Geraldine Soat Brown for the purpose of holding proceedings related to: settlement conference.(rao, )Mailed notice.

Dated: April 29, 2008

                                                                   /s/ Ruben Castillo

                                                          United States District Judge