# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                   Case Number: 1:08-cv-00439

Thompson v. Long Term Disability Plan for Employees of Molex Inc. et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Theresa Thompson

| |
|---|
| NAME (Type or print) <br> Gregory A. Benker |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Gregory A. Benker |
| FIRM <br> Daley, DeBofsky & Bryant |
| STREET ADDRESS <br> 55 W. Monroe Street, Suite 2440 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6289039 | TELEPHONE NUMBER <br> (312) 372-5200 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐