IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THERESA THOMPSON,  )<br>   )<br>      Plaintiff,  )<br>   )<br>v.   )<br>   )<br>LONG TERM DISABILITY PLAN FOR  )<br>EMPLOYEES OF MOLEX, INC., CIGNA  )<br>GROUP INSURANCE and LIFE  )<br>INSURANCE COMPANY OF NORTH  )<br>AMERICA,   )<br>   )<br>      Defendants.  ) | Case No.: 08 C 439<br><br>Judge Castillo<br><br>Magistrate Judge Brown |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between, on the one hand, plaintiff, THERESA THOMPSON, and on the other, defendants, LONG TERM DISABILITY PLAN FOR EMPLOYEES OF MOLEX INCORPORATED and LIFE INSURANCE COMPANY OF NORTH AMERICA, that this matter be dismissed with prejudice and without costs as all matters in controversy have been settled, agreed and compromised.

/s/David A. Bryant                                             /s/ Daniel K. Ryan

*Attorney for Plaintiff*                                        *Attorney for Defendants*

David A. Bryant                                                Daniel K. Ryan
Daley, DeBofsky & Bryant                              Peter E. Pederson
55 W. Monroe St., Suite 2440                        Hinshaw & Culbertson LLP
Chicago, Illinois 60603                                   222 N. LaSalle St., Suite 300
(312) 372-5200                                               Chicago, Il. 60601
                                                                         (312) 704-3000

## **CERTIFICATE OF SERVICE**

David A. Bryant, the undersigned attorney, certifies that he served the foregoing document by filing a copy with the Court's ECF/CM system, on June 9, 2008.

/s/David A. Bryant

6326774v1 885589