UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Theresa Thompson
                                             Plaintiff,
v.                                           Case No.: 1:08−cv−00439
                                             Honorable Ruben Castillo

Long Term Disability Plan for Employees of Molex Inc., et al.
                                             Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

   MINUTE entry before the Honorable Geraldine Soat Brown: A stipulation to dismiss has been filed with the District Judge. The status hearing date of 06/17/08 is stricken. Settlement conference date of 07/02/08 is stricken. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.